UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE EDWARD FORD, | ) | CASE NO. CV 09-725-DDP (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| KENNETH CLARK, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   September 7, 2011  .

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Ford v Clark CV09-725 Judgment.wpd